MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______
DATE FILED: 7/15/26

Law Offices of
**Donald J. Yannella**
A NY Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
**Tel: (212) 226-2883**
**Fax: (646) 430-8379**

**NJ address:**
135 Prospect Street
Ridgewood, NJ 07450

**NY address:**
52 Duane Street, 7th floor
New York, NY 10007

July 14, 2026

Hon. Andrew L. Carter
United States District Judge
40 Foley Square
New York, NY 10007

Re: United States v Arkadiy Pastin, 26 Cr 270 (ALC)

Dear Judge Carter:

I am counsel for Arkadiy Pastin, who was released on a bond after his presentment before a Magistrate Judge on June 30, 2026. He is required to have two cosigners sign his bond by July 14, 2026.

With the consent of AUSA Kevin Grossinger and AUSA David Steinbach, I respectfully request that the deadline for cosigners be extended to July 28, 2026.

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

/s/

Donald J. Yannella, Esq.

The applicatioon is **GRANTED**.
So Ordered.

7/15/26