**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______
DATE FILED: 8/10/26

Law Offices of

**Donald J. Yannella**

A NY Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
**Tel: (212) 226-2883**
**Fax: (646) 430-8379**

**NJ address:**
135 Prospect Street
Ridgewood, NJ 07450

**NY address:**
52 Duane Street, 7th floor
New York, NY 10007

August 7, 2026

Hon. Andrew L. Carter
United States District Judge
40 Foley Square
New York, NY 10007

Re: United States v Arkadiy Pastin, 26 Cr 270 (ALC)

Dear Judge Carter:

I am counsel for Arkadiy Pastin, who was released on a bond after his presentment before a Magistrate Judge on June 30, 2026. One prior extension of the deadline has been granted to obtain cosigners, and that deadline has passed.

With the consent of AUSA Kevin Grossinger and AUSA David Steinbach, I respectfully request that the bond be amended to require one cosigner instead of two, and to extend the deadline for a cosigner to sign until August 21, 2026.

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

/s/

Donald J. Yannella, Esq.

The application is **GRANTED**.
So Ordered.

Andrew L Carter Jr

8/10/26