Law Offices of

**Donald J. Yannella**

A NY Professional Corporation

**Email: nynjcrimlawyer@gmail.com**

**Tel: (212) 226-2883**

**Fax: (646) 430-8379**

**NJ address:**
135 Prospect Street
Ridgewood, NJ 07450

**NY address:**
52 Duane Street, 7th floor
New York, NY 10007

October 14, 2026

Hon. Andrew L. Carter
United States District Judge
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: **10/16/26**

Re: United States v Arkadiy Pastin, 26 Cr 270 (ALC)

Dear Judge Carter:

I was appointed as CJA counsel for Arkadiy Pastin at his presentment on June 30, 2026. I respectfully request that I be terminated as counsel for Mr. Pastin. This is because yesterday, retained counsel, Sanford Talkin, filed a notice of appearance. (ECF No 96).

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

/s/

Donald J. Yannella, Esq.

The application is **GRANTED**.
So Ordered.

**10/16/26**