USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ____
DATE FILED: 11-5-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARKADIY PASTIN,

Defendants.

26-CR-270 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **November 5, 2026**, at **12:30 p.m.**

SO ORDERED.

Dated: New York, New York
November 2, 2026

ANDREW L. CARTER, JR.
United States District Judge